# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO VERNON,<br><br>    Petitioner,<br><br>v.<br><br>USP VICTORVILLE WARDEN,<br><br>    Respondent. | Case No. 5:24-cv-00694-JWH-JC<br><br>**JUDGMENT** |

In accordance with the "Order (1) Construing Petition as 28 U.S.C. § 2255 Motion; and (2) Dismissing Petition and Action Without Prejudice" entered substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition for Writ of Habeas Corpus and this action are **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED: January 28, 2025

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE